GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
CANDIS MITCHELL
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:         Candis_Mitchell@fd.org

Counsel for Defendant Farrow

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **United States of America,**  Plaintiff,  v.  **Devin Farrow,**  Defendant. | **Case No.:** CR 18–555 HSG  **Stipulation and Order Re: Modify Special Conditions Of Supervised Release**  **Court:**           Courtroom 2, 4th Floor |

The conditions of defendant Devin Farrow's supervised release are modified to include the following special condition:

> You must attend court for the criminal calendar of Magistrate Judge Kandis Westmore monthly, at the discretion of your U.S. Probation Officer.

MOD. COND. OF SUP. REL.
*FARROW*, CR 18–555 HSG

IT IS SO STIPULATED.

| | |
|---|---|
| August 19, 2021<br>Dated | STEPHANIE HINDS<br>Acting United States Attorney<br>Northern District of California |
| | /S<br>CYNTHIA STIER<br>Assistant United States Attorney |
| August 19, 2021<br>Dated | GEOFFREY HANSEN<br>Acting Federal Public Defender |
| | /S<br>CANDIS MITCHELL<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| 8/20/2021<br>Dated | HAYWOOD S. GILLIAM, JR.<br>United States District Judge |

MOD. COND. OF SUP. REL.
*FARROW*, CR 18–555 HSG

2