IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **United States of America,** | Case No.: CR 18–555 HSG |
| Plaintiff, | **Second Amended Order For Release with Conditions** |
| v. | |
| **Devin Farrow,** | |
| Defendant. | |

This Court entered an Amended Order on September 29, 2021, for the release of the defendant, Devin Farrow, from Santa Rita Jail on September 30, 2021, at 8:00 a.m.  For good cause shown, that Amended Order is further amended, and **IT IS HEREBY ORDERED that Devin Farrow be released from Santa Rita Jail on October 1, 2021, by 9:00 a.m.**

Immediately upon release, Mr. Farrow must report directly to New Bridge Residential Treatment Program, 2323 Hearst Ave, Berkeley, CA 94709. Mr. Farrow must participate in a residential drug treatment program as directed by the probation officer.

IT IS FURTER ORDERED that this Second Amended Order be provided to Santa Rita Jail on September 30, 2021.

IT IS FURTHER ORDERED that the parties appear before this Court for an in person status hearing on November 17, 2021, at 2:00 p.m.

IT IS SO ORDERED.

Dated:      October 1, 2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

ORDER FOR RELEASE WITH CONDITIONS
*FARROW*, CR 18–555 HSG

2