STEPHANIE M. HINDS (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys
    450 Golden Gate Avenue
    San Francisco, California 94546
    Telephone: (415) 436-7000
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>Devin Farrow,<br><br>        Defendant. | Case No.: CR 18–555 HSG<br><br>Stipulated Request to Change In-Person Appearance to Zoom Video Appearance and Order<br><br>Date:  November 17, 2021<br><br>Time:  2:00 p.m. |

     Defendant Devin Farrow is currently at New Bridge Residential Treatment Center.  Defendant is scheduled to appear before this Court for an in-person status on November 17, 2021, at 2:00 p.m. Based on a request by New Bridge to Probation Officer Nicole Brown, that Mr. Farrow appear by ZOOM rather than be transported to court, the parties request that the Court allow the appearance to be by ZOOM rather than an in-person appearance.

     SO STIPULATED:

                     STEPHANIE M. HINDS
                      Acting United States Attorney

                         /s/
                     CYNTHIA STIER
                     Assistant United States Attorney

1

_____
/s/

2        CANDIS MITCHELL
         Chief Asst. Federal Public Defender

3

4                    ORDER

5

6        For good cause, IT IS ORDERED that the status hearing scheduled for November 17, 2021, at

7   2:00 p.m., be conducted by ZOOM video conference.

8

9

10

11       IT IS SO ORDERED.

12

13  Dated:   10/18/2021

         _____
         HAYWOOD S. GILLIAM, JR.

14       United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28